**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                    **AFFIDAVIT**

JAMAR D. WILLIAMS                                    DEFENDANT

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I, Michael S. McCown, being duly sworn, do hereby depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1.    I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosive (hereinafter ATF), and have been since July 2023.

2.    Since July 2023, I have been employed as a Task Force Officer with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Prior to my employment with ATF, I am currently employed with the Lexington Police Department and have maintained my employment for twenty and one half years. Prior to my assignment with the ATF, I was a patrol officer for approximately 5 years, a detective within the Robbery/Homicide Unit for 8 years and my current assignment is a detective within the Intelligence Unit, working as a liaison between the Lexington Police Department and ATF.

3.    As a Task Force Office, I have investigated violations of the Federal Firearms Laws, including cases that involved criminal possession and use of firearms. I have also participated in various aspects of federal investigations, including interviewing defendants, witnesses, and cooperating sources. My training and experience has involved, among other things:

1

(1) the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the purchase, possession, distribution, and transportation of firearms and controlled substances and the laundering and concealment of proceeds of firearms and drug trafficking; (2) surveillance; (3) analysis and processing of documentary, electronic, and physical evidence; (4) the legal and illegal purchase and possession of firearms and controlled substances; (5) the execution of arrest and search warrants and (6) wire interception investigations.

4.       In connection with this Affiant's official duties, I investigate criminal violations of federal firearm and narcotics laws, including Title 18 and Title 21 of the United States Code. I am therefore familiar with federal criminal laws including Title 18 U.S.C. § 922 (g) (1) (Possession of a Firearm by a Convicted Felon), which is pertinent to this investigation.

5.       This affidavit is based upon my personal knowledge and upon information reported to me by other federal, state and local law enforcement officers during their official duties. The information contained in this affidavit is not a complete account of everything known to me about this case. Rather, it contains the facts that I believe are sufficient to support a finding of probable cause.

6.       The information contained in this Affidavit is based upon this Affiant's personal knowledge, consultation with other ATF agents, review of certain records and documents, interviews of witnesses, and information provided by other law enforcement officers employed by the Lexington Division of Police. This Affiant has set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of a violation of Title 18 U.S.C. § 922 (g) (1) (Possession of a Firearm by a Convicted Felon). The information contained herein is not all of the information the Affiant possesses with respect to the commission of the crime referred to herein.

**PROBABLE CAUSE**

1.      On July 26, 2026, officers with the Lexington Police Department responded to the area of 270 S. Limestone to assist the University of Kentucky Police Department in a shooting investigation in which two victims had sustained non-life-threatening gunshot wounds. During the shooting investigation, Jamar D. WILLIAMS was identified as a suspect of the shooting and, ultimately, Lexington Police Department (LPD) obtained arrest warrants for WILLIAMS for two (2) counts of Attempted Murder, Wanton Endangerment First Degree, and Convicted Felon in Possession of a Handgun. Additionally, as part of the shooting investigation, officers obtained video surveillance of WILLIAMS occupying a 2017 black Jeep Grand Cherokee (KY temporary registration tag E506723). Detectives further learned that WILLIAMS had recently purchased the Jeep Cherokee from Autonomics located at 110 W. New Circle Road on July 24, 2026.

2.      After securing the aforementioned arrest warrants for WILLIAMS, detectives confirmed WILLIAMS's residence to be 3724 Temple Drive, Lexington, KY.  Subsequently, on July 30, 2026, multiple detectives within the LPD Robbery and Homicide Unit (RHU), well as members of Patrol and Air Support, established surveillance on WILLIAMS's residence. At approximately 1400 hours, WILLIAMS was observed exiting his residence and getting into the aforementioned black Jeep Cherokee.  WILLIAMS was the lone occupant of the vehicle.  WILLIAMS was, then, followed by members of the Lexington Police Department to 750 Ward Drive, Building 5. There, WILLIAMS exited the vehicle and entered an apartment in Building 5. Visual surveillance was maintained on WILLIAMS's vehicle during the entirety of his stay at Building 5. No other individuals were observed entering or accessing the vehicle.

3

3.      After a brief stay, WILLIAMS was observed walking from Building 5 and getting back into the driver's seat of the Jeep Cherokee, again, the lone occupant.  WILLIAMS proceeded from the parking lot of the apartment complex and was, then, stopped a short distance away by a marked Lexington Police Unit.  WILLIAMS was taken into custody on the outstanding arrest warrants. The Jeep Cherokee was towed, and a search warrant was secured for the vehicle by detectives with RHU.  During the search of the Jeep Cherokee, detectives located a firearm wedged between the driver's seat and the center console. The firearm was identified as a Beretta, Model BU9, 9mm caliber pistol bearing serial number NU148856. In speaking with an ATF Interstate Nexus expert, the firearm was determined to have been manufactured outside the state of Kentucky, thereby having crossed state lines and presenting a nexus between the firearm and interstate or foreign commerce.

4.      A review of WILLIAMS's criminal history also revealed that WILLIAMS is a prohibited person as he had previously been convicted of the following crimes, punishable by imprisonment for a term exceeding one year:

a.  Possession of a Controlled Substance First Degree, Fayette Circuit Case No. 22-CR-00071, in May of 2022; and

b.  Possession of a Controlled Substance First Degree, Fayette Circuit Case No. 18-CR-1040, in May of 2022

## CONCLUSION

1.      I believe that the facts set forth above support that there is probable cause to believe that on or about July 30, 2026, in Fayette County, in the Eastern District of Kentucky, Jamar D. WILLIAMS, knowingly possessed a firearm in violation of 18 U.S.C § 922(g)(1).

4

5

2.       I declare under the penalty of perjury that the above statement is true and correct to the best of my knowledge, information, and belief.

/s/ Michael S. McCown

_____

Michael S. McCown, Task Force Officer
Bureau of Alcohol, Tobacco, Firearm, and
Explosives

      Affiant attested by reliable electronic means (telephone) per FRCrP 4.1 on the 3rd day of August, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

5